**No. 10-8450. Christopher Aucoin, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1541, 179 L. Ed. 2d 353, 2011 U.S. LEXIS 1169.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 390 Fed. Appx. 336.

**No. 10-8458. Larry E. Gregory, Petitioner v. Pennsylvania.**

562 U.S. 1245, 131 S. Ct. 1541, 179 L. Ed. 2d 353, 2011 U.S. LEXIS 1268.

February 22, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 996 A.2d 542.

**No. 10-8462. Billy Joe Hill, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1541, 179 L. Ed. 2d 353, 2011 U.S. LEXIS 1256.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 392 Fed. Appx. 634.

**No. 10-8463. Samuel Zachary Arrington, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1541, 179 L. Ed. 2d 353, 2011 U.S. LEXIS 1261.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 409 Fed. Appx. 190.

**No. 10-8466. Rodney Tillman, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1541, 179 L. Ed. 2d 353, 2011 U.S. LEXIS 1182.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 404 Fed. Appx. 949.

**No. 10-8468. Edward Williams, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1542, 179 L. Ed. 2d 353, 2011 U.S. LEXIS 1210.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8471. Patrick J. Mitchell, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1542, 179 L. Ed. 2d 353, 2011 U.S. LEXIS 1299.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 624 F.3d 1023.

**No. 10-8472. Billy R. McCullers, Jr., Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1542, 179 L. Ed. 2d 353, 2011 U.S. LEXIS 1113.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 975.